**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GRANITE VEHICLE VENTURES LLC, *Plaintiff*, v. TESLA, INC., *Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-01007-JRG |

**ORDER**

Before the Court is the Disputed Joint Motion for Venue Discovery and Extension of Time for Plaintiff to Respond to Tesla's Motion to Transfer (the "Motion") filed by Plaintiff Granite Vehicle Ventures LLC ("Granite") and Defendant Tesla, Inc. ("Tesla") (collectively, the "Parties"). (Dkt. No. 30.) In the Motion, the Parties jointly move for leave to conduct discovery concerning matters related to Tesla's Motion to Transfer Venue to the Northern District of California (Dkt. No. 21) (the "Motion to Transfer") and an extension of time for Granite to respond to the Motion to Transfer.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED-AS-MODIFIED**. It is therefore **ORDERED** that the Parties may conduct venue discovery in accordance with the following:

1. Venue transfer discovery opens on the date of this Order granting the Motion and closes 75 days later.
2. Granite's Response to the Motion to Transfer (Dkt. No. 21) is due 14 days after the close of venue discovery.

3. Tesla's Reply to Granite's Response is due 14 days after Granite's Response.

4. Granite's Sur-Reply is due 14 days after Tesla's Reply.

5. During the discovery period:

   a. Each side may serve up to seven (7) transfer-related requests for production and responses will be due twenty-one days from service.

   b. Each side may serve up to five (5) transfer-related interrogatories and responses will be due twenty-one days from service.

   c. Each side may take a total of fourteen (14) hours of 30(b)(6) and/or 30(b)(1) venue-related deposition testimony. Each side's 30(b)(6) notice is limited to no more than five (5) venue-related topics in total.

   d. If a party believes a deposition question is outside the scope of venue transfer discovery, they may instruct the witness not to answer the question to the extent permitted by Fed. R. Civ. P. 30(c)(2). If the questioning party does not withdraw the question, the parties shall jointly contact the Court's discovery hotline for a ruling per Local Rule CV-26(e).

6. The foregoing transfer-related discovery shall not count against the parties' non-transfer-related discovery limits (*e.g.*, transfer-related depositions do not count against the ten-deposition limit set forth in Fed. R. Civ. P. 30 and do not count against any other deposition limits that may be set forth in a future Discovery Order) nor shall transfer-related discovery affect the timing of non-transfer-related discovery.

7. Venue transfer related discovery shall focus on and be limited to issues relevant to venue transfer under 28 U.S.C. § 1404, including the issues raised in Tesla's Motion

to Transfer and the accompanying declarations and exhibits.

8. No later than 21 days after venue discovery opens, Tesla shall produce all filings related to any motion to transfer cited by Tesla in its Motion to Transfer, to the extent such documents are within its possession, custody, or control.[1, 2]

9. Venue discovery shall be governed by the Court's default protective order.[3] For example, pursuant to the default protective order, the parties may designate discovery as "CONFIDENTIAL" and/or "RESTRICTED – ATTORNEYS' EYES ONLY" and may file such designated material under seal without seeking leave. (*See, e.g.*, Default Protective Order ¶¶ 5, 9, 16.) The Court shall separately enter such default protective order herein.

**So ORDERED and SIGNED this 26th day of February, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

[1] Tesla may redact the confidential information of third parties, if any, contained in these documents. Granite reserves the right to seek un-redaction of such information if warranted.

[2] Granite's request for "all Tesla discovery responses (including interrogatory responses, document productions, and deposition transcripts)" is **DENIED WITHOUT PREJUDICE**. If venue discovery hereunder reveals that Tesla's previous discovery responses are relevant to this Motion to Transfer, Granite may move to compel this information.

[3] Available at https://www.txed.uscourts.gov/sites/default/files/judgeFiles/Sample_Protective_Order_Patent_Cases_%28April%202019%29_0.docx.