**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GRANITE VEHICLE VENTURES LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 2:24-cv-01007-JRG |
| TESLA, INC., | § | |
| | § | |
| *Defendant.* | § | |

**MOTION(s) HEARING MINUTES**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**May 8, 2025**

**OPEN: 03:22 PM** **ADJOURN: 04:37 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERK: | Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 03:22 PM | Court opened. |
| 03:23 PM | Court called for announcements from counsel. |
| 03:24 PM | Court set for today's hearing:<br>• Dkt. No. 44. |
| 03:24 PM | Court recognized the meet and confer efforts of the parties. |
| 03:26 PM | Court begin hearing argument re: Dkt. No. 44. |
| 03:26 PM | Argument presented by:<br>• Mr. Alden Harris on behalf of Plaintiff.<br>• Mr. Ashraf Fawzy on behalf of Defendant. |
| 04:32 PM | Argument concluded. |
| 04:32 PM | Court to take motion under submission. |
| 04:37 PM | Court adjourned. |