IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GRANITE VEHICLE VENTURES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-CV-01007-JRG |
| TESLA, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Unopposed Motion to Change Lead Counsel (the "Motion") filed by Defendant Tesla, Inc. ("Defendant"). (Dkt. No. 115.) In the Motion, Defendant seeks to substitute Ruffin B. Cordell as lead counsel in place of Ashraf A. Fawzy. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. The Clerk of Court is hereby directed to designate Ruffin B. Cordell as lead counsel for Defendant in the above-captioned case.

**So ORDERED and SIGNED this 21st day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE