## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GRANITE VEHICLE VENTURES LLC, *Plaintiff*, v. TESLA, INC., *Defendant*. | Civil Action No. 2:24-cv-01007-JRG **JURY TRIAL DEMANDED** |

## NOTICE OF REDACTION

Plaintiff Granite Vehicle Ventures, LLC ("Plaintiff" or "GVV") and Defendant Tesla, Inc. ("Defendant" or "Tesla") (collectively "the Parties") jointly file this Notice pursuant to the Court's Order filed as Dkt. 144. The Parties jointly submit the redacted version of the Sealed Memorandum Opinion and Order for public filing, attached as Exhibit 1.

Dated: February 5, 2026

Respectfully submitted,

*/s/ Alden G. Harris*
Leslie V. Payne
Texas Bar No. 0784736
lpayne@hpcllp.com
Alden G. Harris (lead counsel)
Texas Bar No. 24083138
aharris@hpcllp.com
Blaine A. Larson
Texas Bar No. 24083360
blarson@hpcllp.com
Kyle S. Ruvolo
Texas Bar No. 24122153
kruvolo@hpcllp.com
Lily R. Glick
Texas Bar No. 24131333
lglick@hpcllp.com
**HEIM PAYNE & CHORUSH LLP**
609 Main St, Suite 3200
Houston, Texas 77002
Telephone: 713-221-2000
Facsimile: 713-221-2021

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Claire A. Henry
Texas Bar No. 24053063
claire@millerfairhenry.com
**MILLER, FAIR, HENRY PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: 903-757-6400
Facsimile: 903-757-2323

**ATTORNEYS FOR PLAINTIFF**
**GRANITE VEHICLE VENTURES LLC.**

*/s/ Benjamin K. Thompson*
Ruffin B. Cordell
TX Bar No. 04820550
Elizabeth Vista DeToro
DC Bar 90018514
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
FRSERVICETesla-GVV24-1007@fr.com

Aamir A. Kazi
GA Bar 104235
Benjamin K. Thompson
GA Bar No. 633211
Nicholas A. Gallo
GA Bar No. 546590
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
FRSERVICETesla-GVV24-1007@fr.com

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Terry W. Ahearn
CA Bar No. 216543
tahearn@tesla.com
**TESLA, INC.**
3000 Hanover St.
Palo Alto, CA 94304
Telephone: (408) 204 7384

Allison Huebert
TX Bar No. 24124694
ahuebert@tesla.com
**TESLA, INC.**
1 Tesla Road

2

        Austin, TX 78725
        Telephone: (512) 557-8797

        Ashraf Fawzy
        afawzy@tesla.com
        DC Bar No. 989132
        Paul Margulies
        pmargulies@tesla.com
        DC Bar No. 1000297
        **TESLA, INC.**
        800 Connecticut Ave. NW
        Washington, DC 20006
        Telephone: (202) 905-9221

        **ATTORNEYS FOR DEFENDANT TESLA, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 5, 2026.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by email.

        */s/ Benjamin K. Thompson*
        Benjamin K. Thompson